THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE C. MOORE and LESTER HAUGHTON, Appellants.

Submitted June 1, 1948; decided June 2, 1948.

Motion by appellants for reargument denied. [See 297 N. Y. 734.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE C. MOORE and LESTER HAUGHTON, Appellants.

Submitted May 17, 1948; decided June 2, 1948.

Motion for an order pursuant to the provisions of sections 503 and 504 of the Code of Criminal Procedure granted. [See 297 N. Y. 734.]